**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Conrad Little Bear, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Earl Silk, BIA Superintendent, officially | ) | Case No. 1:11-cv-103 |
| and personally, BIA, Ken Salazar, | ) | |
| Secretary Dept. of Interior, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's deadline for filing an amended complaint is July 16, 2012.  The court, on its own motion, shall grant plaintiff an extension.  Accordingly, plaintiff shall have until September 17, 2012, to file an amended complaint.

**IT IS SO ORDERED.**

Dated this 22nd day of June, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge