# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Conrad Little Bear, | ) |
| Plaintiff, | ) **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | ) |
| Earl Silk, BIA Superintendent, officially and personally, BIA Kenn Salazar, Secretary, Dept. of Interior, | ) Case No. 1:11-cv-103 |
| Defendants. | ) |

On March 20, 2015, the court issued an order in which it: (1) concluded that plaintiff had not asserted a cognizable federal claim; and (2) advised plaintiff that this action would be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2) unless he filed a paid complaint on or before April 15, 2015.

To date plaintiff has not filed a paid complaint. Consequently, for the reasons outlined in the court's March 20, 2015, order, the above-entitled action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated this 24th day of April, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court